IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS APONTE | : | CIVIL ACTION |
| v. | : | |
| WARDEN GUARINI | : | NO. 09-CV-3275 |

**O R D E R**

LEGROME D. DAVIS, J.,

AND NOW, this 16th day of November, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED without prejudice;

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
LEGROME D. DAVIS, J.

FILED
NOV 17 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk